## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** McNeal, Cora K

Printed: 12/28/07

Case Number:  04 B 32046
Judge:  Goldgar, A. Benjamin
Filed:  8/27/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Completed:  December 7, 2007
Confirmed:  October 25, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 3,557.50 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 850.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,294.00 |
| Trustee Fee: |  | 175.07 |
| Other Funds: |  | 238.43 |
| Totals: | 3,557.50 | 3,557.50 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Zalutsky & Pinski Ltd | Administrative | 2,294.00 | 2,294.00 |
| 2. | Barnes Used Auto Sales | Secured | 0.00 | 0.00 |
| 3. | MCSI | Unsecured | 25.00 | 250.00 |
| 4. | City Of Chicago Dept Of Revenue | Unsecured | 60.00 | 600.00 |
| | | | $ 2,379.00 | $ 3,144.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 22.46 |
| 4% | 6.25 |
| 3% | 4.64 |
| 5.5% | 26.19 |
| 5% | 7.89 |
| 4.8% | 15.13 |
| 5.4% | 92.51 |
| | $ 175.07 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  McNeal, Cora K

Printed:  12/28/07

Case Number:  04 B 32046

Judge:  Goldgar, A. Benjamin

Filed:  8/27/04

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

